## BEALL *vs.* THE STATE OF GEORGIA.

1. The verdict in this case is not contrary to the evidence.   The jury may make reasonable inferences from the facts proved.   56 *Ga.*, 294.
2. When things attached to the realty are detached therefrom, they at once become personalty, and are the subject matter of larceny, even by the person so detaching them.   Code, §§4407, 2220.
3. The difference between simple larceny and one form of trespass is that the former is the wrongful and fraudulent taking and carrying away of the personal goods of another with intent to steal the same; the latter is the taking and carrying away of the personal goods or property of another without his consent.

CRAWFORD, Justice.

[The subject of the larceny in this case was ears of corn taken from the field of the prosecutor by the defendant.]